**07 CV 2920**

JUDGE SWEET

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THOMAS M FLOHR d/b/a/ EMERGING MARKETS GROUP
**Plaintiff**

-v-

INTERNATIONAL BUSINESS ASSOCIATES LTD et al
**Defendant**

Case No.

Rule 7.1 Statement

APR 11 2007
CASHIERS

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for T ___EMERGING MARKETS GROUP___ (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE

Date: APRIL 9, 2007

Signature of Attorney
JOEL Z. ROBINSON
**Attorney Bar Code:**
1446160 (NY STATE)

Form Rule7_1.pdf