UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| THOMAS M. FLOHR d/b/a EMERGING MARKETS GROUP,<br><br>      Plaintiff,<br><br>v.<br><br>INTERNATIONAL BUSINESS ASSOCIATES, LTD.,<br><br>      First Defendant,<br><br>INTERNATIONAL BUSINESS ASSOCIATES HOLDINGS CO., LTD., INTERNATIONAL BUSINESS ASSOCIATES (USA), INC., JOHN KEAN, JR., and STANLEY J. BROWNELL,<br><br>      Second Defendants,<br><br>HARKEN ENERGY CORPORATION,<br><br>      Third Defendant. | FILE NO. 07 CV 2920 (RWS)<br><br>**ECF CASE** |

---

**NOTICE OF MOTION TO DISMISS THE COMPLAINT AND TO COMPEL PLAINTIFF TO ARBITRATE HIS CLAIMS PURSUANT TO THE PARTIES' AGREEMENT TO SUBMIT ALL SUCH DISPUTES TO BINDING ARBITRATION OR, IN THE ALTERNATIVE, TO STAY THIS MATTER PENDING ARBITRATION**

PLEASE TAKE NOTICE that Connell Foley LLP, attorneys for defendants International Business Associates, Ltd., International Business Associates Holdings Co., Ltd., International Business Associates (USA), Inc., John Kean, Jr., and Stanley Brownell, will move before this Court on a date and time to be determined, before the Honorable Robert W. Sweet, United States District Judge, in Courtroom 1920 of the United States Courthouse located at 500 Pearl Street, New York, New York, for an Order pursuant to Rule 12(c) of the Federal Rules of

Civil Procedure, dismissing plaintiff's complaint and compelling the plaintiff to arbitrate his claims pursuant to the parties' agreement to submit all such disputes to binding arbitration or, alternatively, for an Order staying this matter pending resolution of the mandated arbitration.

Dated: May 17, 2007

                            s/ Peter J. Pizzi
                            Peter J. Pizzi, Esq. (PP6500)
                            CONNELL FOLEY LLP
                            888 Seventh Avenue
                            New York, New York 10106
                            Tel:   (212) 262-2390
                            Fax:  (212) 262-0050
                            Attorneys for Defendants
                            International Business Associates, Ltd.,
                            International Business Associates Holdings Co.,
                            Ltd., International Business Associates (USA),
                            Inc. John Kean, Jr., and Stanley J. Brownell

TO:    Joel Z. Robinson, Esq.
           Law Offices of Joel Z. Robinson & Co.
           50 Broadway, Suite 2202
           New York, New York 10004-1674
           Tel:   (212) 791-7360
           Fax:  (212) 791-7362
           Attorneys for Plaintiff