UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | | |
|---|---|---|
| THOMAS M. FLOHR d/b/a EMERGING MARKETS GROUP, | : | FILE NO. 07 CV 2920 (RWS) |
| | : | |
| Plaintiff, | : | **ECF CASE** |
| | : | |
| v. | : | |
| | : | |
| INTERNATIONAL BUSINESS ASSOCIATES, LTD., | : | |
| | : | |
| First Defendant, | : | |
| | : | |
| INTERNATIONAL BUSINESS ASSOCIATES HOLDINGS CO., LTD., INTERNATIONAL BUSINESS ASSOCIATES (USA), INC., JOHN KEAN, JR., and STANLEY J. BROWNELL, | : | |
| | : | |
| Second Defendants, | : | |
| | : | |
| HARKEN ENERGY CORPORATION, | : | |
| | : | |
| Third Defendant. | : | |

---

**ORDER STAYING THE ACTION PENDING ARBITRATION**

THIS MATTER having come before the Court by motion of the defendants, International Business Associates, Ltd., International Business Associates Holdings Co., Ltd., International Business Associates (USA), Inc., John Kean, Jr., and Stanley J. Brownell, for an Order staying the action pending arbitration, and the Court having considered the moving papers and opposition papers, if any, and having heard oral argument, and for good cause having been shown,

IT IS on this _____ day of _____, 2007,

ORDERED that the within action is stayed pending arbitration; and it is further

ORDERED that the within Order be served on counsel for plaintiff within _____ days of the date of this Order.

_____
HON. ROBERT W. SWEET, U.S.D.J.