UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------X

THOMAS M. FLOHR d/b/a EMERGING
MARKETS GROUP,

              Plaintiff,

  - against -

INTERNATIONAL BUSINESS ASSOCIATES,
LTD., ET AL.

              Defendants.

-------------------------------------------X

07 Civ. 2920 (RWS)

O R D E R

Sweet, D.J.,

      Defendants' motion to dismiss dated May 17, 2007 will be heard at noon on Wednesday, June 13, 2007, in courtroom 18C. All motion papers shall be served in accordance with Local Civil Rule 6.1.

      It is so ordered.

New York, NY
May 21, 2007

_____
ROBERT W. SWEET
U.S.D.J.