UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

| | |
|---|---|
| THOMAS M. FLOHR d/b/a EMERGING MARKETS GROUP | : <br> : <br> : |
| Plaintiffs, | : <br> : |
| - against - | : No. 07 CV 2920 (RWS) <br> : |
| INTERNATIONAL BUSINESS ASSOCIATES, LTD | : ECF CASE |
| First Defendant | : <br> : |
| INTERNATIONAL BUSINESS ASSOCIATES HOLDINGS CO., LTD, INTERNATIONAL BUSINESS ASSOCIATES (USA), INC, JOHN KEAN, JR and STANLEY J. BROWNELL, | : NOTICE OF APPEARANCE <br> : <br> : <br> : |
| Second Defendants | : <br> : |
| HARKEN ENERGY CORPORATION, | : |
| Third Defendant | : |

------------------------------------------------------------------------x

PLEASE TAKE NOTICE that Geoffrey Stewart and Andrew J. Sockol of the law firm Jones Day, attorneys admitted to the bar of this Court, hereby appear in this action as counsel on behalf of defendants: INTERNATIONAL BUSINESS ASSOCIATES, LTD.; INTERNATIONAL BUSINESS ASSOCIATES HOLDINGS CO., LTD.; INTERNATIONAL BUSINESS ASSOCIATES (USA), INC; JOHN KEAN, JR, and STANLEY J. BROWNELL in the above captioned matter. All further pleadings and correspondence should be served as follows:

| | |
|---|---|
| Geoffrey Stewart <br> JONES DAY <br> 222 East 41st Street <br> New York, NY 10017-6702 <br> Telephone: (212) 326-3939 <br> Facsimile: (212) 755-7306 <br> gstewart@jonesday.com | Andrew J. Sockol <br> JONES DAY <br> 222 East 41st Street <br> New York, NY 10017-6702 <br> Telephone: (212) 326-3939 <br> Facsimile: (212) 755-7306 <br> ajsockol@jonesday.com |

NYI-3995856v1

Dated: June 5, 2007    Respectfully Submitted,

    __s/ Andrew J. Sockol_____
Andrew J. Sockol (AS-5771)
JONES DAY
222 East 41st Street
New York, NY 10017-6702
Telephone: (212) 326-3939
Facsimile: (212) 755-7306
ajsockol@jonesday.com

NYI-3995856v1

## **CERTIFICATE OF SERVICE**

The foregoing NOTICE OF APPEARANCE was served on the following counsel of record on June 5, 2007 via ECF filing and U.S. Mail:

Joel Z. Robinson
Law Offices of Joel Z. Robinson & Co.
50 Broadway, Suite 2202
New York, NY 10004-1674

Peter J. Pizzi
Connell Foley, LLP
888 Seventh Avenue
New York, NY 10106

s/ Andrew Sockol

NYI-3995856v1