UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x

THOMAS M. FLOHR d/b/a EMERGING        :
MARKETS GROUP,                          :

                         Plaintiff,      :

                                   :

            - against -          :   **No. 07 CV 2920 (RWS)**

                                 :

INTERNATIONAL BUSINESS ASSOCIATES, LTD.,  :   **ECF CASE**
INTERNATIONAL BUSINESS ASSOCIATES       :
HOLDINGS CO., LTD, INTERNATIONAL BUSINESS  :
ASSOCIATES (USA), INC, JOHN KEAN, JR.,     :
STANLEY J. BROWNELL, and             :
HARKEN ENERGY CORPORATION,          :

                                  :

                  Defendants.    :

-------------------------------------------------------------------x

## <u>REPLY DECLARATION OF ELMER A. JOHNSTON</u>

**REPUBLIC OF ARGENTINA, ss.:**

Elmer A. Johnston declares:

1. I am The Vice President, Secretary & General Counsel of defendant Harken Energy Corporation. I make this reply declaration in support of defendants' motion to dismiss the complaint and to compel arbitration. I have personal knowledge of the matters set forth herein.

2. I understand that the instant litigation is a suit about a finders' fee. According to the Complaint and its attachments, in 2004 plaintiff Thomas Flohr acted as a middleman in a business deal in which Harken Energy invested $12,500,000 in the Series A Preferred Shares of International Business Associates ("IBA"). Under his finders' fee arrangement, Mr. Flohr was to receive part of his fee at the closing and the balance in installments as IBA redeemed Harken Energy's Series A Preferred Shares. According to a Letter of Intent between IBA and Harken Energy, this redemption would occur on a schedule one IBA's annual after-tax income reached $2 million.

-i-

-2-

3. The business of IBA was trading in natural gas.  Contrary to the parties'
original hopes and expectations, IBA did not succeed, was never profitable, and did not
redeem the Series A Preferred Shares from its earnings as the parties had planned.
Instead, in January 2006, the Harken/IBA deal was unwound.  Pursuant to a
Redemption and Release Agreement, dated January 31, 2006 (appended as Ex. B to the
Complaint), IBA returned to a subsidiary of Harken what was left of Harken's
$12,500,000 investment, which was $7,500,000.  In § 3.3 of the Redemption and
Release Agreement, Harken Energy agreed to indemnify IBA for any fees IBA might
owe Mr. Flohr under his Fee Agreement with IBA.

> I declare under penalty of perjury under the
> laws of the United States of America that the
> foregoing is true and correct.  Executed on
> June 8, 2007.
>
>
> Elmer A. Johnston