UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
THOMAS M. FLOHR d/b/a EMERGING : FILE NO. 07 CV 2920 (RWS)
MARKETS GROUP, :
: **ECF CASE**
Plaintiff, :
:
v. :
:
INTERNATIONAL BUSINESS ASSOCIATES, :
LTD., :
:
First Defendant, :
:
INTERNATIONAL BUSINESS ASSOCIATES :
HOLDINGS CO., LTD., INTERNATIONAL :
BUSINESS ASSOCIATES (USA), INC., JOHN :
KEAN, JR., and STANLEY J. BROWNELL, :
:
Second Defendants, :
:
HARKEN ENERGY CORPORATION, :
:
Third Defendant. :
------------------------------------------------------------X

**[PROPOSED] ORDER PERMITTING CONNELL FOLEY LLP TO WITHDRAW AS COUNSEL FOR DEFENDANTS INTERNATIONAL BUSINESS ASSOCIATES, LTD., INTERNATIONAL BUSINESS ASSOCIATES HOLDINGS CO., LTD., INTERNATIONAL BUSINESS ASSOCIATES (USA), INC., JOHN KEAN, JR., AND STANLEY BROWNELL**

WHEREAS Connell Foley LLP moved this Court for an Order permitting Connell Foley LLP to withdraw as counsel for defendants, International Business Associates, Ltd., International Business Associates Holdings Co., Ltd., International Business Associates (USA), Inc., John Kean, Jr., and Stanley J. Brownell, in the above-entitled action on _____, 2007 based on defendants International Business Associates, Ltd.,

1834818-01

International Business Associates Holdings Co., Ltd., International Business Associates (USA), Inc., John Kean, Jr., and Stanley J. Brownell's decision to retain other counsel;

IT IS ORDERED, ADJUDGED AND DECREED, that the motion of CONNELL FOLEY LLP to withdraw as counsel for Defendants International Business Associates, Ltd., International Business Associates Holdings Co., Ltd., International Business Associates (USA), Inc., John Kean, Jr., and Stanley J. Brownell, is granted

_____
HON. ROBERT W. SWEET, U.S.D.J.