UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

THOMAS M. FLOHR d/b/a EMERGING MARKETS GROUP,

       Plaintiff,

v.

INTERNATIONAL BUSINESS ASSOCIATES, LTD.,

       First Defendant,

INTERNATIONAL BUSINESS ASSOCIATES HOLDINGS CO., LTD., INTERNATIONAL BUSINESS ASSOCIATES (USA), INC., JOHN KEAN, JR., and STANLEY J. BROWNELL,

       Second Defendants,

HARKEN ENERGY CORPORATION,

       Third Defendant.

------------------------------------------------------------X

FILE NO. 07 CV 2920 (RWS)

**ECF CASE**





### ORDER DISMISSING THE COMPLAINT AND COMPELLING PLAINTIFF TO ARBITRATE HIS CLAIMS

THIS MATTER having come before the Court by motion of the defendants, International Business Associates, Ltd., International Business Associates Holdings Co., Ltd., International Business Associates (USA), Inc., John Kean, Jr., and Stanley J. Brownell, for an Order dismissing the Complaint and compelling the plaintiff to arbitrate his claims pursuant to the parties' agreement to submit all such disputes to binding arbitration or, in the alternative, to stay the action pending arbitration, and the Court having considered the moving papers and opposition papers, if any, and having heard oral argument, and for good cause having been shown,

1834706-01
00458/073258

IT IS on this 13th day of June, 2007,

ORDERED that the motion of defendants International Business Associates, Ltd., International Business Associates Holdings Co., Ltd., International Business Associates (USA), Inc., John Kean, Jr., and Stanley J. Brownell to dismiss the within action is granted; and it is further

ORDERED that plaintiff is compelled to arbitrate his claims pursuant to the parties' agreement; ~~and it is further~~

~~ORDERED that the within Order be served on counsel for plaintiff within ___ days of the date of this Order.~~

with leave granted to restore this action to the calendar without further filing fee

HON. ROBERT W. SWEET, U.S.D.J.

1834706-01
00458/073258