UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X

THOMAS M. FLOHR d/b/a EMERGING :     FILE NO. 07 CV 2920 (RWS)
MARKETS GROUP, :

           Plaintiff, :        **ECF CASE**

v. :

INTERNATIONAL BUSINESS ASSOCIATES, :
LTD., :

           First Defendant, :

INTERNATIONAL BUSINESS ASSOCIATES :
HOLDINGS CO., LTD., INTERNATIONAL :
BUSINESS ASSOCIATES (USA), INC., JOHN :
KEAN, JR., and STANLEY J. BROWNELL, :

           Second Defendants, :

HARKEN ENERGY CORPORATION, :

           Third Defendant. :

-----------------------------------------------------------------------X

*So ordered*
*USDJ*
*1-14-08*

### NOTICE OF MOTION AND MOTION FOR AN ORDER PERMITTING CONNELL FOLEY LLP TO WITHDRAW AS COUNSEL FOR DEFENDANTS INTERNATIONAL BUSINESS ASSOCIATES, LTD., INTERNATIONAL BUSINESS ASSOCIATES HOLDINGS CO., LTD., INTERNATIONAL BUSINESS ASSOCIATES (USA), INC., JOHN KEAN, JR., AND STANLEY BROWNELL

PLEASE TAKE NOTICE that Pursuant to Local Civil Rule I.4 and the attached affidavit of Peter J. Pizzi, sworn on June 11, 2007 (attached hereto as Exhibit "A") Connell Foley LLP, attorneys for defendants International Business Associates, Ltd., International Business Associates Holdings Co., Ltd., International Business Associates (USA), Inc., John Kean, Jr., and Stanley Brownell, will move before this Court on a date and time to be determined, before the Honorable Robert W. Sweet, United States District Judge, in Courtroom

1920 of the United States Courthouse located at 500 Pearl Street, New York, New York, for an

Order permitting CONNELL FOLEY LLP to withdraw as counsel for Defendants

International Business Associates, Ltd., International Business Associates Holdings Co., Ltd.,

International Business Associates (USA), Inc., John Kean, Jr., and Stanley Brownell, on the

grounds that Defendant International Business Associates, Ltd., International Business

Associates Holdings Co., Ltd., International Business Associates (USA), Inc., John Kean, Jr.,

and Stanley Brownell, has chosen to engage other counsel to defend it in the above-entitled

related actions.

PLEASE TAKE FURTHER NOTICE that, if necessary, the time and date of this

motion will be set by the parties or the Court.

Dated: June 11, 2007

s/ Peter J. Pizzi
Peter J. Pizzi, Esq. (PP6500)
CONNELL FOLEY LLP
888 Seventh Avenue
New York, New York 10106
Tel:   (212) 262-2390
Fax:  (212) 262-0050
Attorneys for Defendants
International Business Associates, Ltd.,
International Business Associates Holdings Co.,
Ltd., International Business Associates (USA),
Inc. John Kean, Jr., and Stanley J. Brownell

TO:    Joel Z. Robinson, Esq.
       Law Offices of Joel Z. Robinson & Co.
       50 Broadway, Suite 2202
       New York, New York 10004-1674
       Tel:   (212) 791-7360
       Fax:  (212) 791-7362
       Attorneys for Plaintiff

1842071-01                                  2
00458/073258